

FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALORIE MARGALIT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: CV 10 – 7553 DDP (SHx)<br><br>[Discovery Matter<br>Honorable Stephen J. Hillman]<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[Lodged concurrently with Stipulated Protective Order]<br><br>Complaint Filed: August 16, 2010 |

c:\temp\notesc7a056\stipulated protective order - proposed order.doc

# [PROPOSED] ORDER

Good cause having been shown within the parties' Stipulated Protective Order (the "Stipulation"), the Court hereby orders that the handling of confidential, proprietary and/or trade secret documents or information in this case shall be governed by the terms of the Stipulation.

**IT IS SO ORDERED**.

DATED: 6/26/17

THE HON. STEPHEN J. HILLMAN
United States District Court Magistrate Judge

Respectfully Submitted By:

Martin E. Rosen (108998),
mrosen@bargerwolen.com
Vivian I. Orlando (213833),
vorlando@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
United of Omaha Life Insurance Company


Michael B. Horrow (162917),
mhorrow@donahuehorrow.com
Nichole D. Podgurski (251240),
npodgurski@donahuehorrow.com
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302

Attorneys for Plaintiff
Valorie Margalit