JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALORIE MARGALIT, | CASE NO.: CV 10 – 07553 DDP (SHx) |
| Plaintiff, | (Hon. Dean D. Pregerson) |
| vs. | **JUDGMENT** |
| UNITED OF OMAHA LIFE INSURANCE COMPANY and DOES 1 through 10, inclusive, | Complaint Filed: August 16, 2010 |
| Defendants. | |

Defendant United of Omaha Life Insurance Company's ("United of Omaha") Motion for Summary Judgment on Plaintiff Valorie Margalit's ("Plaintiff") Complaint came before this Court for hearing on January 9, 2012, the Honorable Dead D. Pregerson, United States District Judge presiding.  Having fully considered the evidence and arguments presented, and the decision having been duly rendered in favor of United of Omaha on all claims in Plaintiff's Complaint as set forth in the Court's January 11, 2012 Order Granting Defendant's Motion for Summary Judgment,

IT IS ORDERED and ADJUDICATED that judgment is hereby entered in favor of Defendant United of Omaha.  Plaintiff shall take nothing, all of Plaintiff's claims are all dismissed with prejudice, and United of Omaha shall recover its costs.

Dated:  January 13, 2012

_____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:
Martin E. Rosen (108998),
mrosen@bargerwolen.com
Vivian I. Orlando (213833),
vorlando@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
United of Omaha Life Insurance Company

-1-